AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

RITZ INVESTMENT LIMITED, SEASON LIMITED
*Plaintiff*
v.
ABACUS GLOBAL MANAGEMENT, INC., CARLISLE MANAGEMENT COMPANY, S.C.A.
*Defendant*

Case No. 25-cv-02047-JSS-RMN

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

RITZ INVESTMENT LIMITED, SEASON LIMITED .

Date: 10/24/2025

/s/ Hugo A. Montero
*Attorney's signature*

Hugo A. Montero, 1039275
*Printed name and bar number*

2525 Ponce de Leon Blvd, Suite 1000
Miami, FL 33134
*Address*

hmontero@riveromestre.com
*E-mail address*

(305) 445-2500
*Telephone number*

(305) 445-2505
*FAX number*