IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

Case No. 6:25-cv-2047-JSS-RMN

RITZ INVESTMENT LIMITED,
SEASON LIMITED,

    Plaintiffs,

v.

ABACUS GLOBAL MANAGEMENT, INC.,

    Defendant.

**PLAINTIFF'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE**

On October 27, 2025, the Court entered an order stating that:

> According to the complaint, the court has diversity jurisdiction over this action because the action is between two foreign citizens on one side and one domestic citizen and one foreign citizen on the other side. These allegations do not support diversity jurisdiction.

D.E. 9. The Court ordered that "on or before November 3, 2025, Plaintiffs shall show cause why this action should not be dismissed without prejudice for lack of subject matter jurisdiction." *Id*.

In response to the Court's order, on October 31, 2025, plaintiffs filed an amended complaint (D.E. 14), which addresses the Order's concern regarding subject matter jurisdiction. The amended complaint removes Carlisle Management Company S.C.A (the foreign defendant) as a defendant. The allegations in the amended complaint support diversity jurisdiction, with foreign citizens as plaintiffs and a domestic citizen as defendant. *See Molinos Valle Del Cibao, C. por A. v. Lama*, 633 F.3d 1330, 1340 (11th Cir. 2011) ("Alienage jurisdiction is a form of diversity jurisdiction under which federal courts may hear cases between 'citizens of a State and citizens or subjects of a foreign state.'") (citing 28 U.S.C. § 1332(a)(2)).

Accordingly, the Court has subject matter jurisdiction over this action, and the matter should not be dismissed without prejudice for lack of subject matter jurisdiction.

| | |
|---|---|
| Date: November 3, 2025 | Respectfully submitted,<br><br>**RIVERO MESTRE LLP**<br>*Counsel for Ritz Investment Limited and Season Limited*<br>2525 Ponce de Leon Blvd., Suite 1000<br>Miami, Florida 33134<br>Telephone: (305) 445-2500<br>Facsimile: (305) 445-2505<br><br>By: */s/ Robert Kuntz*<br>    ANDRÉS RIVERO<br>    Fla. Bar No. 613819<br>    arivero@riveromestre.com<br>    ROBERT KUNTZ<br>    Fla. Bar No. 94668<br>    rkuntz@riveromestre.com<br>    SYLMARIE TRUJILLO<br>    Fla. Bar No. 112768<br>    strujillo@riveromestre.com<br>    HUGO MONTERO<br>    Fla. Bar No. 1039275<br>    hmontero@riveromestre.com |

## CERTIFICATE OF SERVICE

I certify that on November 3, 2025, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record by transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Robert Kuntz*
    ROBERT KUNTZ