**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

| | |
|---|---|
| Ritz Investment Limited, Season Limited,<br><br>Plaintiffs,<br><br>v.<br><br>Abacus Global Management, Inc.,<br><br>Defendant. | Case No.: 6:25-cv-02047-JSS-RMN |

**UNOPPOSED MOTION FOR SPECIAL
ADMISSION OF KATHLEEN S. MESSINGER**

Nithya Pathalam, Esq. moves for special admission to represent Defendant Abacus Global Management, Inc. in this action.

1. I am neither a Florida resident nor a member in good standing of The Florida Bar.

2. I am a member in good standing of The State Bar of New York.

3. I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have initially appeared in the last thirty-six months in these cases in state or federal court in Florida:

- None

4. I will comply with the federal rules and this Court's local rules.

5. I am familiar with 28 U.S.C. § 1927, which provides:

> Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

6. I have paid the fee for special admission or will pay the fee upon special admission.

7. I will register with the Court's CM/ECF system.

8. I affirm the oath, which states:

> I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

## Local Rule 3.01(g) Certification

Undersigned counsel conferred with counsel for Plaintiffs Ritz Investment Limited and Season Limited in advance of this filing this Motion. Counsel for Plaintiffs Ritz Investment Limited and Season Limited does not oppose the relief requested herein.

DATED: November 12, 2025

*/s/ Nithya Pathalam*
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Nithya Pathalam
nithyapathalam@quinnemanuel.com
1300 I St NW Ste 900
Washington, DC 20005
(202) 538-8388

*/s/ Jason Sternberg*
Jason Sternberg (Fla. Bar No. 72887)
jasonsternberg@quinnemanuel.com
2601 South Bayshore Drive, Suite 1550
Miami, FL 33133
(305) 402-4880

*Attorneys for Defendant Abacus Global Management, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 12, 2025, a true and correct copy of the foregoing document was electronically served via the CM/ECF system on all parties authorized to accept service by CM/ECF.

*/s/ Jason Sternberg*
Jason Sternberg