**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| Ritz Investment Limited, Season Limited,<br><br>Plaintiffs,<br><br>v.<br><br>Abacus Global Management, Inc.,<br><br>Defendant. | Case No.: 6:25-cv-02047-JSS-RMN |

**DEFENDANT'S NOTICE OF LEAD COUNSEL**

Defendant Abacus Global Management, Inc., pursuant to Local Rule 2.02(a), hereby designates the undersigned attorney Alex Zuckerman as its lead counsel in this case.

DATED: November 12, 2025

Respectfully submitted,

*/s/ Alex Zuckerman*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Alex Zuckerman (*pro hac vice* pending)
alexzuckerman@quinnemanuel.com
295 5th Avenue, 9th Floor
New York, NY 10016
(212) 849-7000

*/s/ Jason Sternberg*

Jason Sternberg (Fla. Bar. No. 72887)
jasonsternberg@quinnemanuel.com
2601 South Bayshore Drive, Suite 1550
Miami, FL 33133
(305) 402-4880

Kathleen S. Messinger (*pro hac vice* pending)
kathleenmessinger@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
(213) 443-3000

Nithya Pathalam (*pro hac vice* pending)
nithyapathalam@quinnemanuel.com
1300 I St NW Ste 900
Washington, DC 20005
(202) 538-8388

*Attorneys for Defendant Abacus Global Management, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 12, 2025, a true and correct copy of the foregoing document was electronically served via the CM/ECF system on all parties authorized to accept service by CM/ECF.

*/s/ Jason Sternberg*
Jason Sternberg