UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

|  |  |
|---|---|
| Ritz Investment Limited, Season Limited, | |
| Plaintiffs, | |
| v. | Case No.: 6:25-cv-02047-JSS-RMN |
| Abacus Global Management, Inc., | |
| Defendant. | |

**DECLARATION OF ALEX ZUCKERMAN IN SUPPORT OF DEFENDANT ABACUS GLOBAL MANAGEMENT, INC.'S MOTION TO DISMISS**

I, Alex Zuckerman, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an Associate of the law firm of Quinn Emanuel Urquhart and Sullivan LLP, 295 5th Avenue, 9th Floor, New York, NY 10016, admitted to practice before this Court, and and counsel of record for Abacus Global Management, Inc. ("Abacus") in the above-captioned action.

2. I respectfully submit this declaration in support of Abacus' Motion to Dismiss in the above-captioned action.

3. Attached to this declaration as **Exhibit A** is a true and correct copy of the May 6, 2025 Letter from Sandrine Margetidis-Sigwalt for Arendt &

1

Medernach S.A on behalf of Carlisle Management Company, to Robert Kuntz, lead counsel in this action for Plaintiffs.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED:  January 12, 2025                    Respectfully submitted,

*/s/  Alex Zuckerman*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Alex Zuckerman (*pro hac vice*)
alexzuckerman@quinnemanuel.com
295 5th Avenue, 9th Floor
New York, NY 10016
(212) 849-7000

*/s/  Jason Sternberg*

Jason Sternberg (Fla. Bar. No. 72887)
jasonsternberg@quinnemanuel.com
2601 South Bayshore Drive, Suite 1550
Miami, FL 33133
(305) 402-4880

Kathleen S. Messinger (*pro hac vice*)
kathleenmessinger@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
(213) 443-3000

Nithya Pathalam (*pro hac vice*)
nithyapathalam@quinnemanuel.com
555 13th St NW, Ste 600
Washington, DC 20004
(202) 538-8388

*Attorneys for Defendant Abacus Global Management, Inc.*

2

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on January 12, 2026, a true and correct copy of the foregoing document was electronically served via the CM/ECF system on all parties authorized to accept service by CM/ECF.

/s/  *Alex Zuckerman*

Alex Zuckerman