**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**Case No. 6:25-cv-02047-JSS-RMN**

Ritz Investment Limited,
Season Limited,

Plaintiffs,

v.

Abacus Global Management, Inc.,

Defendant.
_____________________________________/

**PLAINTIFFS' MOTION TO EXCEED PAGE LIMITS AND FOR AN EXTENSION OF TIME TO FILE THEIR RESPONSE TO DEFENDANT ABACUS GLOBAL MANAGEMENT, INC.'S MOTION TO DISMISS**

Plaintiffs Ritz Investment Limited and Season Limited (the "Investors") request leave to exceed by five pages the 20-page limit set forth in Local Rule 3.01(c) and request an additional seven days, until February 9, 2026, to file their response to defendant's Motion to Dismiss Plaintiffs' Amended Complaint (ECF No. 26) ("Response").

The 25-page motion to dismiss is highly-particularized and dense, raising a dozen issues, eleven of which assert independent grounds for dismissal. Five additional pages will allow space for the Investors to address every issue, to develop their arguments fully, and to provide the Court with the definitive law and analysis.

The Investors' Response is presently due February 2, 2026. Besides the detailed nature of the briefing, one key person working on the matter lost a day to a health issue, and lead counsel lost half a day. Additionally, the press of other work and deadlines necessitates requesting a modest extension of time.

For all these reasons, the Investors request that the Court grant them a five-page expansion and a seven-day extension for their Response.

**LOCAL RULE 3.01(g) CERTIFICATE**

Investors' counsel conferred with defendant's counsel by email and telephone. The defendant **consents** to the extension of time but **opposes** the expansion of pages. The conference occurred via e-mail and telephone.

Dated: January 23, 2026

Respectfully submitted:

**RIVERO MESTRE LLP**
*Counsel for Plaintiffs*
2525 Ponce de Leon Blvd., Suite 1000
Coral Gables, Florida 33134
Telephone: (305) 445-2500
Facsimile: (305) 445-2505

By: /s/ *Robert Kuntz*
ANDRÉS RIVERO
Fla. Bar No. 613819
arivero@riveromestre.com
ROBERT KUNTZ
Fla. Bar No. 94668
rkuntz@riveromestre.com
SYLMARIE TRUJILLO
Fla. Bar No. 112768
strujillo@riveromestre.com
HUGO MONTERO
Fla. Bar No. 1039275
hmontero@riveromestre.com

**CERTIFICATE OF SERVICE**

I certify that on January 23, 2026, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being electronically served today on all counsel of record through CM/ECF.

*/s/ Robert Kuntz*
ROBERT KUNTZ