# EXHIBIT 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

Case No. 6:25-cv-2047-JSS-RMN

RITZ INVESTMENT LIMITED,
SEASON LIMITED,

      Plaintiffs,

v.

ABACUS GLOBAL MANAGEMENT, INC.,

      Defendant.

## PLAINTIFFS' INITIAL DISCLOSURES

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Ritz Investment Limited and Season Limited (the "Investors") make the following initial disclosures. The Investors reserve the right to rely on any information or other evidence that may later develop or come to their attention. The Investors reserve the right to amend or modify their responses under Federal Rule of Civil Procedure 26(e), as its investigation and discovery continue, and new or more complete information becomes available.

### I.    Persons Likely to Have Discoverable Information

**a. Ritz Investment Limited**
c/o Rivero Mestre LLP
2525 Ponce de Leon Blvd., Suite 1000
Miami, Florida 33134
(305) 445-2500

Ritz Investment Limited has knowledge concerning its investment in the Luxembourg Life Fund – Long Term Growth Fund (the "Investment"), defendant's lack of transparency in the liquidation process, and defendant's continued retention of the Investment despite the Investors' repeated redemption requests.

b. **Season Limited**
c/o Rivero Mestre LLP
2525 Ponce de Leon Blvd., Suite 1000
Miami, Florida 33134
(305) 445-2500

Season Limited has knowledge concerning its Investment, defendant's lack of
transparency in the liquidation process, and defendant's continued retention of the
Investment despite the Investors' repeated redemption requests.

c. **Daniel Rudich**
c/o Hassans International Law Firm Limited
Madison Building
Midtown, Queensway
Gibraltar, GX11 1AA
+350 200 79000

Daniel Rudich has knowledge concerning the Investment, defendant's lack of
transparency in the liquidation process, and defendant's continued retention of the
Investment despite the Investors' repeated redemption requests.

d. **Ilan Chasen**
c/o Rivero Mestre LLP
2525 Ponce de Leon Blvd., Suite 1000
Miami, Florida 33134
(305) 445-2500

Ilan Chasen has knowledge concerning the Investment, defendant's lack of
transparency in the liquidation process, and defendant's continued retention of the
Investment despite the Investors' repeated redemption requests.

e. **Eli Mizrahi**
c/o Targa 5 Advisors
Grand-Rue 23
1204 Geneva, Switzerland
+41 22 732 50 50

Eli Mizrahi has knowledge concerning the Investment and defendant's continued
retention of the Investment despite the Investors' repeated redemption requests.

f. **Vanda Castro**
c/o Union Bancaire Privée, UPB SA
Rue du Rhône 96/98
1211 Geneva, Switzerland
+41 58 819 21 09

2

Vanda Castro has knowledge concerning the Investment and defendant's continued retention of the Investment despite the Investors' repeated redemption requests.

g. **Alexandre Geoffroy**
c/o Union Bancaire Privée, UPB SA
Rue du Rhône 96/98
1211 Geneva, Switzerland
+41 58 819 21 09

Alexandre Geoffroy has knowledge concerning the Investment and defendant's continued retention of the Investment despite the Investors' repeated redemption requests.

h. **Manuel Caceres**
c/o Union Bancaire Privée, UPB SA
Rue du Rhône 96/98
1211 Geneva, Switzerland
+41 58 819 21 09

Manuel Caceres has knowledge concerning the Investment and defendant's continued retention of the Investment despite the Investors' repeated redemption requests.

i. **Francesca de Picciotto**
c/o LGT Bank (Suisse) S.A.
Rue du Rhône 21
1204 Geneva, Switzerland
+41 22 318 64 47

Francesca de Picciotto has knowledge concerning the Investment and the Investor's repeated redemption requests.

j. **Jose-Esteban Casares Garcia**
c/o Quinn Emanuel Urquhart & Sullivan, LLP
295 5th Avenue, 9th Floor
New York, NY 10016
(212) 849-7000

Jose Estevan Garcia has knowledge concerning the Luxembourg Life Fund – Long Term Growth Fund (the "LLF-LTGF") and defendant's valuation strategies, defendant's lack of transparency in the liquidation process, and defendant's continued retention of the Investment despite the Investors' repeated redemption requests.

3

k. **Armando Cabrera**
   c/o Quinn Emanuel Urquhart & Sullivan, LLP
   295 5th Avenue, 9th Floor
   New York, NY 10016
   (212) 849-7000

   Armando Cabrera has knowledge concerning the LLF-LTGF and defendant's valuation strategies, defendant's lack of transparency in the liquidation process, and defendant's continued retention of the Investment despite the Investors' repeated redemption requests.

l. **Timmo Henk Mol**
   c/o Quinn Emanuel Urquhart & Sullivan, LLP
   295 5th Avenue, 9th Floor
   New York, NY 10016
   (212) 849-7000

   Timmo Henk Mol has knowledge concerning the LLF-LTGF and defendant's valuation strategies, defendant's lack of transparency in the liquidation process, and defendant's continued retention of the Investment despite the Investors' repeated redemption requests.

m. **Thomas McDonald**
   c/o Quinn Emanuel Urquhart & Sullivan, LLP
   295 5th Avenue, 9th Floor
   New York, NY 10016
   (212) 849-7000

   Thomas McDonald has knowledge concerning the LLF-LTGF and defendant's valuation strategies, defendant's lack of transparency in the liquidation process, and defendant's continued retention of the Investment despite the Investors' repeated redemption requests.

n. **Emmanuel Rene Begat**
   c/o Quinn Emanuel Urquhart & Sullivan, LLP
   295 5th Avenue, 9th Floor
   New York, NY 10016
   (212) 849-7000

   Emmanuel Rene Begat has knowledge concerning the LLF-LTGF and defendant's valuation strategies, defendant's lack of transparency in the liquidation process, and defendant's continued retention of the Investment despite the Investors' repeated redemption requests.

o. **Didier Morin**
c/o Quinn Emanuel Urquhart & Sullivan, LLP
295 5th Avenue, 9th Floor
New York, NY 10016
(212) 849-7000

Didier Morin has knowledge concerning the LLF-LTGF and defendant's valuation strategies, defendant's lack of transparency in the liquidation process, and defendant's continued retention of the Investment despite the Investors' repeated redemption requests.

p. **Victor Heggelman**
c/o Quinn Emanuel Urquhart & Sullivan, LLP
295 5th Avenue, 9th Floor
New York, NY 10016
(212) 849-7000

Victor Heggelman has knowledge concerning the LLF-LTGF and defendant's valuation strategies, defendant's lack of transparency in the liquidation process, and defendant's continued retention of the Investment despite the Investors' repeated redemption requests.

q. **Elena Plesco**
c/o Quinn Emanuel Urquhart & Sullivan, LLP
295 5th Avenue, 9th Floor
New York, NY 10016
(212) 849-7000

Elena Plesco has knowledge concerning the LLF-LTGF and defendant's valuation strategies, defendant's lack of transparency in the liquidation process, and defendant's continued retention of the Investment despite the Investors' repeated redemption requests.

r. **Oleksandra Polishchuk**
c/o Quinn Emanuel Urquhart & Sullivan, LLP
295 5th Avenue, 9th Floor
New York, NY 10016
(212) 849-7000

Oleksandra Polishchuk has knowledge concerning the LLF-LTGF and defendant's valuation strategies, defendant's lack of transparency in the liquidation process, and defendant's continued retention of the Investment despite the Investors' repeated redemption requests.

s. **Jay J. Jackson**
c/o Quinn Emanuel Urquhart & Sullivan, LLP

295 5th Avenue, 9th Floor
New York, NY 10016
(212) 849-7000

Jay J. Jackson has knowledge concerning the LLF-LTGF and defendant's valuation strategies, defendant's lack of transparency in the liquidation process, and defendant's continued retention of the Investment despite the Investors' repeated redemption requests.

t.  **Cornelis Michiel Van Katwijk**
c/o Quinn Emanuel Urquhart & Sullivan, LLP
295 5th Avenue, 9th Floor
New York, NY 10016
(212) 849-7000

Cornelis Michiel Van Katwijk has knowledge concerning the LLF-LTGF and defendant's valuation strategies, defendant's lack of transparency in the liquidation process, and defendant's continued retention of the Investment despite the Investors' repeated redemption requests.

u.  **Frank Walden**
c/o Quinn Emanuel Urquhart & Sullivan, LLP
295 5th Avenue, 9th Floor
New York, NY 10016
(212) 849-7000

Frank Walden has knowledge concerning the LLF-LTGF and defendant's valuation strategies, defendant's lack of transparency in the liquidation process, and defendant's continued retention of the Investment despite the Investors' repeated redemption requests.

v.  **Vincent Meheust**
c/o Quinn Emanuel Urquhart & Sullivan, LLP
295 5th Avenue, 9th Floor
New York, NY 10016
(212) 849-7000

Vincent Meheust has knowledge concerning the LLF-LTGF and defendant's valuation strategies, defendant's lack of transparency in the liquidation process, and defendant's continued retention of the Investment despite the Investors' repeated redemption requests.

w.  **Gonzalo Prieto**
c/o Quinn Emanuel Urquhart & Sullivan, LLP
295 5th Avenue, 9th Floor
New York, NY 10016

(212) 849-7000

Gonzalo Prieto has knowledge concerning the LLF-LTGF and defendant's valuation strategies, defendant's lack of transparency in the liquidation process, and defendant's continued retention of the Investment despite the Investors' repeated redemption requests.

x.  **Lapetus Solutions, Inc.**
1300 Landfall Drive
Wilmington, North Carolina 28405
Lapetus Solutions has knowledge regarding the valuation of the LLF-LTGF from the time they were acquired to present, the liquidation of the LLF-LTGF and redemption of shares.

y.  **Xavier Deu**
c/o Marshall Bridging Fund
22 Avenue Monterrey
L-2163, Luxembourg
+352 621 887 085

Xavier Deu has knowledge concerning the Investment, defendant's lack of transparency in the liquidation process, and defendant's continued retention of the Investment despite the Investors' repeated redemption requests.

z.  **Clearstream Banking, S.A.**
42 Av. John F. Kennedy
L-1855, Luxembourg
+352 243 0

Clearstream Banking has knowledge concerning the Investment, defendant's lack of transparency in the liquidation process, and defendant's continued retention of the Investment despite the Investors' repeated redemption requests

aa. **Life Equity LLC**
Canal Place Building 17
530 South Main Street, Suite 1731
Akron, OH 44311
(330) 655-7500

Life Equity LLC has knowledge concerning the LLF-LTGF and defendant's valuation strategies, defendant's lack of transparency in the liquidation process, and defendant's continued retention of the Investment despite the Investors' repeated redemption requests.

bb. **Life Capital Group, Inc**.
7924 Ivanhoe Avenue, Suite 10

7

La Jolla, CA 92037
(858) 952-1815
Life Capital Group, Inc. has knowledge concerning the LLF-LTGF and defendant's valuation strategies, defendant's lack of transparency in the liquidation process, and defendant's continued retention of the Investment despite the Investors' repeated redemption requests

cc. **CACEIS Bank**
5 All. Scheffer
L-2520, Luxembourg
+352 47 67 9

CACEIS Bank has knowledge concerning the LLF-LTGF and defendant's valuation strategies, defendant's lack of transparency in the liquidation process, and defendant's continued retention of the Investment despite the Investors' repeated redemption requests.

dd. **Lewis & Ellis**
700 N Central Expressway South, Suite 550
Allen, TX 75013
(972) 850-0850

Lewis & Ellis has knowledge concerning the LLF-LTGF and defendant's valuation strategies.

ee. **KPMG Luxembourg**
39 Av. John F. Kennedy
L-1855, Luxembourg
+352 22 51 51 1

KMPG Luxembourg has knowledge concerning the LLF-LTGF and defendant's valuation strategies.

ff. **Wells Fargo Bank, N.A.**
Sixth Street and Marquette Avenue,
Minneapolis, MN 55479
Wells Fargo Bank, N.A. has knowledge concerning the LLF-LTGF, its valuation, payment obligations, ownership structure, and regulatory compliance.

gg. Any individuals identified in any other party's initial disclosures or identified during discovery as a person with knowledge of facts relevant to the allegations in the Amended Complaint.

8

## II.        **Relevant Documents**

The Investors identify the following documents that they presently believe may be used to support their claims, other than solely for impeachment.

   a.  All operative pleadings with all attached exhibit filed in this action;

   b.  The Luxembourg Life Fund Placement Memorandum and Management Regulations;

   c.  Communications from defendant to unitholders regarding the LLF-LTGF;

   d.  Communications between the Investors and defendant regarding their Investment;

   e.  Documents evidencing the Investors' Investment, including banking instructions for transfers to various bank institutions; confirmations from the banks, and bank statements showing the transfers

   f.  Redemption requests made by the Investors to Union Bancaire Privee and LGT Bank (Switzerland) Ltd.;

   g.  Independent audits, including but not limited to audits performed by KPMG and Lewis & Ellis;

   h.  All documents related to the valuation of the LLF-LTGF from the time they were acquired to present;

   i.  All documents related to the liquidation of the LLF-LTGF and redemption of shares;

   j.  Additional documents that the Investors may use to support their claims (except solely for impeachment) that are in defendant's possession, the public domain, and/or the possession of third parties; and

   k.  Although not yet in its possession, custody, or control, the Investors also anticipate that the documents and communications requested in requests for production of documents, or other discovery requests propounded on defendant, or documents listed in defendant's initial disclosures, will be used to support the Investors' claims.

## III.       **Damages**

The Investors seek damages for defendant's continued retention of the Investors' Investment. The value of Investors' Investment is in excess of $16 million.

**IV.** **Insurance Agreements**

The Investors are aware of no insurance coverage relevant to the claims in this action.

Dated: January 30, 2026

Respectfully submitted,

**RIVERO MESTRE LLP**
*Counsel for Ritz Investment Limited*
*and Season Limited*
2525 Ponce de Leon Blvd., Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Facsimile: (305) 445-2505

By: */s/ Robert J. Kuntz Jr.*
ANDRÉS RIVERO
Fla. Bar No. 613819
arivero@riveromestre.com
ROBERT J. KUNTZ JR.
Fla. Bar No. 94668
rkuntz@riveromestre.com
SYLMARIE TRUJILLO
Fla. Bar No. 112768
strujillo@riveromestre.com
HUGO A. MONTERO
Fla. Bar No. 1039275
hmontero@riveromestre.com

**CERTIFICATE OF SERVICE**

I certify that on January 30, 2026, I served a copy of this document by email on all counsel of record.

By: */s/ Robert J. Kuntz Jr.*
ROBERT J. KUNTZ JR.

10