## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA

Case No. 6:25-cv-2047-JSS-RMN

RITZ INVESTMENT LIMITED,
SEASON LIMITED,

     Plaintiffs,

v.

ABACUS GLOBAL MANAGEMENT, INC.,

     Defendant.

## JOINT NOTICE OF FILING SELECTION OF MEDIATOR

Pursuant to this Court's Case Management and Scheduling Order [ECF No. 29], Plaintiffs Ritz Investment Limited and Season Limited and Defendant Abacus Global Management, Inc. (collectively, the "Parties"), give notice that the Parties have selected Marlene Quintana, Esq. to serve as mediator in this action to take place in September or October 2026[1] in person in the Middle District of Florida.

Date: March 4, 2026

Respectfully submitted,

**RIVERO MESTRE LLP**
*Counsel for Ritz Investment Limited
and Season Limited*
2525 Ponce de Leon Blvd., Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Facsimile: (305) 445-2505

By: */s/ Robert J. Kuntz Jr.*
ANDRÉS RIVERO
Fla. Bar No. 613819
arivero@riveromestre.com

---

[1] The Parties have not yet secured a mediation date. The Parties will promptly notify the Court once a specific date, time, and location have been secured.

ROBERT J. KUNTZ JR.
Fla. Bar No. 94668
rkuntz@riveromestre.com
SYLMARIE TRUJILLO
Fla. Bar No. 112768
strujillo@riveromestre.com
HUGO A. MONTERO
Fla. Bar No. 1039275
hmontero@riveromestre.com

## CERTIFICATE OF SERVICE

I certify that on March 4, 2026, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record by transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Robert J. Kuntz Jr.*
ROBERT J. KUNTZ JR.

2