# Exhibit B

Ritz and Season_000008

**Abacus Global Management, Inc. | 2026 Shareholder Letter**

Dear Fellow Shareholders,

As we reflect on an exceptional year, we are proud to share the milestones that have defined Abacus Global Management's continued growth and transformation throughout 2025.

### Record Financial Performance

2025 was a defining year—the numbers reflect the strength of our model. Full-year revenues grew 110% to $235.2 million, Adjusted Net Income increased 84% to $85.7 million, and Adjusted EBITDA grew 115% to $132.6 million with margins of 56%. We delivered an 11th consecutive quarter of beating earnings consensus, and return on equity and return on invested capital both reached 20% for the full year.

### The Abacus Flywheel

Our four business divisions—Life Solutions, Asset Group, Intel, and Wealth Advisors—are now operating as a unified, self-reinforcing engine. Each division generates activity that feeds the others: policies originated by Life Solutions become assets managed by Asset Group, underwritten and valued by Intel, and distributed through Wealth Advisors. Assets under management grew to approximately $3.6 billion, and Abacus Intel now serves over 100 pension funds and institutional clients. The flywheel isn't just turning—it's accelerating.

### Record Origination and Trading Activity

2025 produced robust activity across every measure of our origination and trading operations. We acquired 1,310 life insurance policies and deployed $580.8 million in origination capital, reflecting the depth of our sourcing infrastructure. On the trading side, we sold 1,059 life insurance policies from our portfolio representing nearly $1.8 billion in face value—cementing our position as a leading secondary life insurance market participant. These transactions generated $178.6 million in realized gains, compared to $49.3 million in unrealized gains, underscoring our ability to actively monetize our portfolio of life insurance policies rather than rely on mark-to-market appreciation. We ended the year with $468.9 million worth of life insurance policies on the balance sheet held at fair value. We believe these aren't just incremental improvements—but that they are industry-defining achievements.

### Strategic Acquisition

We completed the acquisition of AccuQuote, a digital life insurance origination platform, expanding our reach across the full lifecycle of a client's financial needs—from protection and wealth accumulation to liquidity solutions.

### Inaugural Investment Grade Securitization

We completed a $50 million investment-grade securitized note backed by life insurance assets, lowering our cost of capital and opening a scalable, repeatable funding channel that reduces our reliance on higher-cost alternatives.

**Abacus Global Management, Inc. | 2026 Shareholder Letter**

**New York Stock Exchange**

On December 30th, we debuted on the NYSE under the new ticker symbol ABX, reflecting our evolution into a diversified alternative asset manager operating across longevity assets, structured products, technology services, and private wealth.

**Shareholder Returns**

We introduced an inaugural annual cash dividend of $0.20 per share and authorized a cumulative $50 million in share repurchase programs over the course of 2025 and into early 2026—tangible commitments to returning capital to shareholders as we continue to scale.

**Looking Forward**

Alongside our Q4 and full-year 2025 earnings release, we initiated 2026 Adjusted Net Income[1] guidance of $96 to $104 million, representing growth of up to approximately 22%. We also presented an illustrative framework showing the potential to reach approximately $450 million in Adjusted EBITDA at scale over the next five years. The foundation is set, the flywheel is turning, and the addressable market ahead of us has never been more favorable.

These results reflect the dedication of our growing team across all four divisions. To our team and shareholders alike, thank you. We look forward to an even more prosperous 2026.

All the best,

*Jay Jackson | Chairman and Chief Executive Officer*

---

[1] Adjusted Net Income guidance is presented before tax effects. This measure has not been adjusted for estimated tax impact.

[2] Adjusted net income, Adjusted EBITDA, and ROE are non-GAAP financial measures and should not be considered in isolation or as substitutes for information in the consolidated financial statements prepared in accordance with GAAP. For definitions and reconciliations to the most closely comparable GAAP measures, refer to the Company's Annual Report on Form 10-K and Q4 2025 earnings release.

Ritz and Season_000010

[This page intentionally left blank]

Ritz and Season_000011

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

_____

# FORM 10-K

_____

x     **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended December 31, 2025**

OR

o     **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from _____ to _____**

**Commission file number 001-39403**



# Abacus Global Management, Inc.

**(Exact name of registrant as specified in its charter)**

| **Delaware** | **85-1210472** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| **2101 Park Center Drive, Suite 200 Orlando Florida** | **32835** |
| (Address of Principal Executive Offices) | (Zip Code) |

**(800) 561-4148**
Registrant's telephone number, including area code

_____

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common stock, par value $0.0001 per share | ABX | New York Stock Exchange |
| 9.875% Fixed Rate Senior Notes due 2028 | ABXL | New York Stock Exchange |

Securities registered pursuant to section 12(g) of the Act: None

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.

Yes  ☐ No  x

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.
Yes  ☐ No  x

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports); and (2) has been subject to such filing requirements for the past 90 days.   Yes  x   No  o

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be

Ritz and Season_000012

submitted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).    Yes  x   No  o

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer", "accelerated filer", "smaller reporting company", and "emerging growth company" in Rule 12b-2 of the Exchange Act:

| | | | |
|---|---|---|---|
| Large accelerated filer | o | Accelerated filer | o |
| Non-accelerated filer | x | Smaller reporting company | x |
| | | Emerging growth company | o |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. o

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report. ☐

If securities are registered pursuant to Section 12(b) of the Act, indicate by check mark whether the financial statements of the registrant included in the filing reflect the correction of an error to previously issued financial statements. ☐

Indicate by check mark whether any of those error corrections are restatements that required a recovery analysis of incentive-based compensation received by any of the registrant's executive officers during the relevant recovery period pursuant to §240.10D-1(b). ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act).    Yes  o    No  x

The aggregate market value of voting and non-voting common stock held by non-affiliates as of June 30, 2025, the last business day of the registrant's most recently completed second fiscal quarter, was $142,281,625.

The registrant had 96,542,155 shares of common stock, $0.0001 par value per share, outstanding as of March 10, 2026.

DOCUMENTS INCORPORATED BY REFERENCE

Certain portions of the Definitive Proxy Statement for the 2026 Annual Meeting of Shareholders are incorporated by reference into Part III of this Form 10-K.

Ritz and Season_000013

## ABACUS GLOBAL MANAGEMENT, INC.

**TABLE OF CONTENTS**

| | | Page |
|---|---|---|
| | **PART I** | |
| Item 1. | Business | 1 |
| Item 1A. | Risk Factors | 13 |
| Item 1B. | Unresolved Staff Comments | 30 |
| Item 1C. | Cybersecurity | 31 |
| Item 2. | Properties | 31 |
| Item 3. | Legal Proceedings | 31 |
| Item 4. | Mine Safety Disclosures | 32 |
| | **PART II** | |
| Item 5. | Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities | 32 |
| Item 6. | [Reserved] | 32 |
| Item 7. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 32 |
| Item 7A. | Quantitative and Qualitative Disclosures about Market Risk | 51 |
| Item 8. | Financial Statements and Supplementary Data | 51 |
| Item 9. | Changes in and Disagreements with Accountants on Accounting and Financial Disclosure | 114 |
| Item 9A. | Controls and Procedures | 114 |
| Item 9B. | Other Information | 115 |
| Item 9C. | Disclosure Regarding Foreign Jurisdictions that Prevent Inspections | 115 |
| | **PART III** | |
| Item 10. | Directors, Executive Officers and Corporate Governance | 116 |
| Item 11. | Executive Compensation | 116 |
| Item 12. | Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters | 116 |
| Item 13. | Certain Relationships and Related Transactions, and Director Independence | 116 |
| Item 14. | Principal Accountant Fees and Services | 116 |
| | **PART IV** | |
| Item 15. | Exhibit and Financial Statement Schedules | 117 |
| Item 16. | Form 10-K Summary | 120 |
| Signatures | | 121 |

Ritz and Season_000014

[This page intentionally left blank]

Ritz and Season_000015

**CAUTIONARY NOTE REGARDING FORWARD-LOOKING STATEMENTS**

The statements contained in this Annual Report on Form 10-K that are not purely historical are forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995, Section27A of the Securities Act of 1933, as amended (the "Securities Act"), and Section 21E of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), including statements regarding our beliefs, expectations, hopes, intentions or strategies regarding the future. In addition to historical financial analysis, this discussion and analysis contains forward-looking statements based upon current expectations that involve risks, uncertainties, and assumptions. All statements other than statements of historical fact included in this Annual Report on Form 10-K regarding the prospects of our industry or our prospects, plans, financial position, or business strategy may constitute forward-looking statements. Forward-looking statements generally can be identified by the use of forward-looking words such as "believe(s)," "estimate(s)," "expect(s)," "predict(s)," "project(s)," "forecast(s)," "may," "might," "will," "could," "should," "would," "seek(s)," "plan(s)," "scheduled," "possible," "continue," "potential," "anticipate(s)" or "intend(s)" or similar expressions, including the negative of these terms or variations of them or similar terms; provided that the absence of these does not means that a statement is not forward-looking.

All forward-looking statements included in this document are based on information available to us on the date hereof, and speak only as of the date they are made. The Company assumes no obligation to update any such forward-looking statements except as required by law. Actual results and timing of selected events may differ materially from those anticipated in these forward-looking statements as a result of various factors, many of which are beyond our control, including, but not limited to: the potential impact of our business relationships, including with our employees, customers and competitors; changes in general economic, business and political conditions, including changes in the financial markets; weakness or adverse changes in the level of activity in our sector or the sectors of our affiliated companies, which may be caused by, among other things, high or increasing interest rates, or a weak U.S. economy; significant competition that our operating subsidiaries face; compliance with extensive government regulation; and other risks detailed in the those set forth under "Risk Factors" or elsewhere in this document and in our other public filings with the United States Securities and Exchange Commission (the "SEC").

Although the Company believes that the expectations reflected in these forward-looking statements are reasonable, it cannot assure you that these expectations will prove to be correct. These forward-looking statements are subject to known and unknown risks and uncertainties, as well as assumptions that could cause actual results to differ materially from those reflected in these forward-looking statements. Further, factors identified herein are not necessarily all the factors that could cause our actual results, performance or achievements to differ materially from those expressed in or implied by any of the forward-looking statements. Other factors, including unknown or unpredictable factors, also could harm us. Accordingly, you should consider all these risks, uncertainties and other factors carefully in evaluating all such forward-looking statements made by us and not place undue reliance on forward-looking statements.

**Part I**

**Item 1. Business**

**Business Combination**

Abacus Global Management, Inc. ("we," "us," "our," the "Company," or "Abacus") was formerly known as Abacus Life, Inc. and East Resources Acquisition Company ("ERES"). The Company was initially organized as ERES, a blank check company incorporated in Delaware on May 22, 2020. On June 30, 2023, we completed a business combination by and between Abacus Merger Sub, LLC, a Delaware limited liability company and wholly owned subsidiary of ERES ("Abacus Merger Sub"), Longevity Market Assets, LLC, a Florida limited liability company ("LMA"), and Abacus Settlements, LLC, a Florida limited liability company ("Abacus Settlements" and, together with LMA, the "Companies"), pursuant to which (i) LMA Merger Sub merged with and into LMA, with LMA surviving and (ii) Abacus Merger Sub merged with and into Abacus, with Abacus

1

Ritz and Season_000016

surviving (together the "Mergers" and, along with the transactions contemplated in the Merger Agreement, the "Business Combination") and the Companies became direct wholly owned subsidiaries of ERES. In connection with the Business Combination, ERES changed its name to Abacus Life, Inc. On February 27, 2025, we changed our name to Abacus Global Management, Inc.

Prior to December 2, 2024, the Company conducted its business through its wholly owned, consolidated subsidiaries, primarily the Companies.

On December 2, 2024, we completed the acquisitions of Carlisle Management Company S.C.A., a corporate partnership limited by shares established under the laws of Luxembourg ("CMC"), Carlisle Investment Group S.A.R.L., a private limited liability company incorporated under the laws of Luxembourg ("CIG," and together with CMC, "Carlisle"), a Luxembourg-based investment manager in the life settlement space (such acquisitions, the "Carlisle Acquisition"). On December 2, 2024, we also completed the acquisition of FCF Advisors, LLC ("FCF Advisors" or "FCF"), a New York based asset manager and index provider specializing in free cash flow-focused investment strategies ("FCF Acquisition"). Refer to Note 3 Business Combinations of the consolidated financial statements in Part II, Item 8 Financial Statements and Supplementary Data for additional information.

On October 6, 2025, we completed the acquisition of AccuQuote, an online life insurance brokerage company that offers customers quotes from multiple insurance providers through a single platform. For more than four decades, AccuQuote has helped nearly 350,000 families discern insurance options and secure coverage. The acquisition strengthens the Company's financial services platform while removing barriers and expanding access to insurance solutions nationwide, empowering our technology stack with accretive solutions.

We operate through five principal subsidiaries:

- **Abacus Settlements, LLC ("Abacus Settlements")**, was organized as a New York limited liability company in 2004. In 2016, Abacus Settlements was licensed in Florida as a life settlement provider and became a Florida limited liability company. Abacus Settlements is not an insurance company, are not licensed or regulated as an insurance company, and therefore does not underwrite insurable risks for our own account.

- **Longevity Market Assets, LLC ("LMA")**, which was formed in 2017 as a Florida limited liability company

- **Carlisle**, incorporated in 2008 in Luxembourg

- **FCF Advisors**, incorporated in 2016 in New York

- **AccuQuote**, an online life insurance brokerage company acquired in October 2025

***Our Mission***

Our mission is to revolutionize financial services through expert asset management and data-driven lifespan insights, leveraging advanced technology to deliver personalized solutions that optimize financial well-being across every stage of life.

Strategic Vision

*"Abacus envisions a future where financial decisions are transformed by the powerful intersection of technology, longevity data, and expert asset management. Through our four integrated verticals—Life Solutions, Asset Management, Private Wealth Management, and Health and Longevity Technology—we strive to be the premier financial partner that helps institutional investors, financial advisors, and clients harness untapped value in lifespan metrics, creating investment strategies that stand the test of time."*

- Jay Jackson, Chairman and Chief Executive Officer of Abacus Global Management, Inc.

Ritz and Season_000017

recoverable. One impairment for $500,000 was recorded in other income on the consolidated statements of operation and comprehensive income (loss) for the year ended December 31, 2025 and no impairment of investments occurred for the year ended December 31, 2024.

**Other Assets**—The Company's other assets are composed of the following:

|  | December 31, 2025 | December 31, 2024 |
|---|---|---|
| Restricted cash deposits in compliance with various regulations | $ 1,428,820 | $ 1,837,813 |
| Other | — | 14,032 |
| **Total other assets** | $ 1,428,820 | $ 1,851,845 |

On April 4, 2025, the Company loaned $7,000,000 to an AccuQuote (an unrelated party at the time of the loan) and recorded a note receivable. The note receivable matures on April 4, 2028. In addition, the Company charged 25% paid-in-kind lender fees of $1,750,000 and added the fees to the principal and recorded them in other income in the Company's consolidated statements of operations and comprehensive income (loss) consistent with ASC 310-20. The note receivable carried a fixed interest of 7% plus the monthly Secured Overnight Financing Rate ("SOFR") rate that was due monthly. The note receivable was guaranteed by 100% of the borrower's assets. Paid-in-kind interest income recognized for the year ended December 31, 2025 was $236,197. In August 2025, the Company used the note receivable of $9,265,197 to acquire AccuQuote when it exercised its right to call in the outstanding note receivable due to a default, including the $1,750,000 lender fee that was effectively settled when the Company exercised its right to acquire 100% of AccuQuote. Refer to Note 3, *Business Combinations* for additional information.

## 10. CONSOLIDATION OF VARIABLE INTEREST ENTITIES

The Company consolidates VIEs for which it is the primary beneficiary or VIEs for which it controls through a majority voting interest or other arrangement. See Note 2, *Summary of Significant Accounting Policies* for more information on how the Company evaluates an entity for consolidation.

The Company evaluated any entity in which it had a variable interest upon formation to determine whether the entity should be consolidated. The Company also evaluated the consolidation conclusion during each reconsideration event, such as changes in the governing documents or additional equity contributions to the entity. During September 2025, LMX Series LLC and LMA Income Series LP were dissolved after the related debt was paid off. During the year ended December 31, 2025, the Company's consolidated VIE, LMA Income Series II LP, had total assets of $204,604,881 and liabilities of $115,186,408. For the year ended December 31, 2024, the Company's consolidated VIEs, LMA Income Series II LP, LMX Series LLC (LMATT Series 2024, Inc.), and LMA Income Series, LP, had total assets and liabilities of $169,322,167 and $143,200,287. The Company did not deconsolidate any entities during the years ended December 31, 2025, or 2024.

Carlisle manages collective portfolios of several Luxembourg alternative investment funds investing in life insurance policies. Carlisle is registered as an authorized alternative investment fund manager ("AIFM") by Luxembourg's Commission de Surveillance du Secteur Financier ("CSSF"). Carlisle manages three funds and eight sub-funds. The funds and sub-funds managed by Carlisle are collectively referred to as the "Carlisle Funds". The Company, through LMA, services the life insurance policies held by the Carlisle Funds. The Company concluded that it does not have a controlling financial interest in the Carlisle Funds pursuant to ASC 810-10. Accordingly, the Carlisle Funds are not consolidated in the Company's financial statements. It was determined that the Company's management has significant influence over the significant activities of the unconsolidated Carlisle Funds through contract but does not have significant economic interest through equity or otherwise. As a result, all transactions between the Company and the Carlisle Funds, including life policy purchases and sales, servicing fees, and management fee

Ritz and Season_000103

receivables are classified as related party transactions. Refer to Note 4, *Revenues* and Note 19, *Related-Party Transactions* for additional information.

During 2025, the Company established Abacus Enhanced Income Fixed LP, Abacus Enhanced Income Plus LP, Abacus Premiere Income Fixed LP, and Abacus Premiere Income Plus LP (collectively the "LP Funds") and respective wholly owned general partner entities for the purpose of managing the LP Funds and servicing the policies invested by the LP Funds. The Company concluded that it does not have a controlling financial interest in the LP Funds pursuant to ASC 810-10. Accordingly, the LP Funds are not consolidated in the Company's financial statements. It was determined that the Company's management has significant influence over the significant activities of the unconsolidated LP Funds through contract but does not have significant economic interest through equity or otherwise. As a result, all transactions between the Company and the LP Funds, including life policy purchases and sales, servicing fees, and management fee receivables are classified as related party transactions. Refer to Note 4, *Revenues* and Note 19, *Related-Party Transactions* for additional information.

During 2025, the Company established 2025 LMA LLC ("Securitized Entity") for the purpose of providing investors with a pool of life policies through a sale of life policies and to serve as static collateral pool to secure their investment in a promissory note issued by the Securitized Entity. The Company, through its LMA subsidiary, services the static collateral pool. The Company concluded that it was not the primary beneficiary in the Securitized Entity due to lack of power pursuant to ASC 810. Accordingly, the Securitized Entity is not consolidated in the Company's financial statements. It was determined that while the Company's management does not have the authority to establish policies or make significant decision impacting the Securitization Fund, it is serving as the servicer for the securitized static collateral pool under the direct supervision of an independent manger. As a result, life policy sales and fee revenue earned by LMA from the Securitized Entity is presented as related party servicing revenue in the Company's consolidated financial statements. Refer to Note 4, *Revenues* and Note 19, *Related-Party Transactions* for additional information.

11.  **SEGMENT REPORTING**

**Segment Information**—During the first quarter of 2025, the Company updated how it organizes its business. The Company organizes its business into three reportable segments (1) Asset Management, (2) Life Solutions, and (3) Technology Services, which all generate revenue and incur expenses in different manners.

This segment structure reflects the financial information and reports used by the Company's management, specifically its chief operating decision maker (CODM), to make decisions regarding the Company's business, including resource allocations and performance assessments, as well as the current operating focus in compliance with ASC 280, Segment Reporting. The Company's CODM is the President and Chief Executive Officer. The Company's reportable segments are not aggregated.

The Asset Management segment generates revenues by providing asset management services primarily to institutional investors alongside private clients investing in uncorrelated, and longevity-based assets, fixed-income replacement strategies and free cash flow based investment solutions.  The revenue is determined by the asset management agreements with the individual investment vehicles. It also generates  revenues by providing policy servicing activities to customers on a contract basis (*legacy Portfolio Servicing segment*).

The Life Solutions segment generates revenues by buying, selling, and trading policies, and maintaining policies until receipt of death benefits (*legacy Active Management segment*). It also generates revenue by originating life insurance policy settlements between investors or buyers, and the sellers, who is often the original policy owner (*legacy Originations segment*). The policies are purchased from owners or other providers through advisors, brokers, or directly through the owner.

Ritz and Season_000104