# Exhibit F

| Requests | Objection |
|---|---|
| Request for Production Nos. 1, 2, 3, 5 (GDPR objection with – no mention of protective order) | To the extent responsive documents may exist, Abacus withholds production pending resolution of the foregoing objections, including those founded in constraints under the GDPR, and agreement on search terms. |
| Request for Production Nos. 4, 6, 9, 10, 13, 26 (GDPR objection requesting a protective order) | Subject to and without waiver of the above objections, Abacus is **willing to meet and confer** with Plaintiffs, including regarding narrowing this Request in a manner that may mitigate, but not necessarily eliminate, these GDPR concerns, including through potential redaction, anonymization, or entry of an appropriate protective order. |
| Request for Production Nos. 7, 8, 20, 22 (GDPR objection asking for categories of documents) | Subject to and without waiver of the above objections, Abacus is **willing to meet and confer** regarding narrowing this Request to specific, non-privileged categories of documents relevant to the claims and defenses in this litigation, in addition to addressing GDPR constraints. |
| Interrogatory Nos. 1, 2, 4, 6, 7, 10, 11, 12, 17 (GDPR objection requesting a protective order) | Pursuant to its obligation to supplement under Fed. R. Civ. P. 26(e), Abacus will identify with reasonable specificity the categories and locations of responsive business records in a timely supplemental response, and will at that time make such records available for inspection and copying at a mutually agreeable time and location, or will produce copies, subject to the entry of an appropriate protective order addressing GDPR and confidentiality concerns. |
| Interrogatory Nos. 13, 14, 21, 22, 23, 25 (GDPR objection asking to narrow interrogatory and protective order) | Subject to and without waiver of the above objections, Abacus responds as follows: Abacus is **willing to meet and confer** with Plaintiffs regarding narrowing this Interrogatory in a manner that may mitigate, but not necessarily eliminate, these GDPR concerns, including through potential redaction, anonymization, or entry of an appropriate protective order. |