**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| RITZ INVESTMENT LIMITED,<br>SEASON LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>ABACUS GLOBAL MANAGEMENT, INC.,<br><br>Defendant. | Case No. 6:25-cv-02047-JSS-RMN<br><br>**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION TO STRIKE AND MOTION TO DISMISS** |

Pursuant to Local Rule 3.01, Defendant Abacus Global Management, Inc. ("Abacus") requests an additional seven days to file responses to plaintiffs' Motion to Strike Defendant's Affirmative Defenses (ECF No. 39) and plaintiffs' Motion to Dismiss Defendant's Counterclaim (ECF No. 40).

Good cause supports this request. Plaintiffs, who have consented to this extension, filed concurrent motions for which the windows of time to respond included a legal holiday for the Motion to Strike and two legal holidays for the Motion to Dismiss.

The extensions would require Defendant to respond to the Motion to Strike by July 7, 2026, and the Motion to Dismiss by July 14, 2026.

**LOCAL RULE 3.01(g) CERTIFICATE**

Defendant's counsel conferred with Plaintiffs' counsel. Plaintiffs consented to the one-week extension of time requested here. The conference occurred via e-mail.

Dated: June 25, 2026

Respectfully Submitted,

*/s/ Alex Zuckerman*

**Quinn Emanuel Urquhart & Sullivan, LLP**
Alex Zuckerman (*pro hac vice*)
alexzuckerman@quinnemanuel.com
295 5th Avenue, 9th Floor
New York, NY 10016
(212) 849-7000

Jason Sternberg (Fla. Bar. No. 72887)
jasonsternberg@quinnemanuel.com
2601 South Bayshore Drive, Suite 1550
Miami, FL 33133
(305) 402-4880

Kathleen S. Messinger (*pro hac vice*)
kathleenmessinger@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
(213) 443-3000

*Attorneys for Defendant Abacus Global Management, Inc.*

mailto:hmontero@riveromestre.com

## CERTIFICATE OF SERVICE

I certify that on June 25, 2026, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being electronically served today on all counsel of record through CM/ECF.

*/s/ Alex Zuckerman*
ALEX ZUCKERMAN (*pro hac vice*)