**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

RITZ INVESTMENT LIMITED,
SEASON LIMITED,

Plaintiffs,

v.

ABACUS GLOBAL MANAGEMENT, INC.,

Defendant.

Case No. 6:25-cv-2047-JSS-RMN

**DECLARATION OF ALEX ZUCKERMAN IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION TO DISMISS DEFENDANT'S COUNTERCLAIM**

I, Alex Zuckerman, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an Associate of the law firm of Quinn Emanuel Urquhart and Sullivan LLP, 295 5th Avenue, 9th Floor, New York, NY 10016, admitted to practice before this Court, and counsel of record for Abacus Global Management, Inc. ("Abacus" or "Defendant") in the above-captioned action.
2. I respectfully submit this declaration in support of Defendant's Opposition to Plaintiffs' Motion to Dismiss Defendant's Counterclaim in the above-captioned action.
3. Attached to this declaration as **Exhibit 1** is a true and correct copy of Abacus Life, Inc.'s Form 8-K, dated December 2, 2024, with Exhibit 2.1.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: July 14, 2026

Respectfully submitted,

*/s/ Alex Zuckerman*

**Quinn Emanuel Urquhart & Sullivan, LLP**
Alex Zuckerman (*pro hac vice*)
alexzuckerman@quinnemanuel.com
295 5th Avenue, 9th Floor
New York, NY 10016
(212) 849-7000

Jason Sternberg (Fla. Bar. No. 72887)
jasonsternberg@quinnemanuel.com
2601 South Bayshore Drive, Suite 1550
Miami, FL 33133
(305) 402-4880

Kathleen S. Messinger (*pro hac vice*)
kathleenmessinger@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
(213) 443-3000

*Attorneys for Defendant Abacus Global Management, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 14, 2026, a true and correct copy of the foregoing document was electronically served via the CM/ECF system on all parties authorized to accept service by CM/ECF.

*/s/ Alex Zuckerman*
Alex Zuckerman