# Exhibit A

| | |
|---|---|
| **From:** | Rebecca Delaney |
| **To:** | Robert Kuntz; Sylmarie Trujillo; Hugo A. Montero |
| **Cc:** | Jason Sternberg; Alex Zuckerman; Kathleen Messinger; Bianca Fox |
| **Subject:** | Ritz v. Abacus, No. 6:25-cv-2047-JSS-CAB - Further Amended Responses and Objections to Plaintiffs' Interrogatories |
| **Date:** | Friday, August 28, 2026 8:12:21 PM |
| **Attachments:** | 8.28.26 Abacus Further Amended Responses and Objections to ROGs.pdf |

Counsel,

Please see the attached for service of Abacus Global Management, Inc.'s Further Amended Responses and Objections to Plaintiffs' Interrogatories.

**Rebecca Delaney**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP
555 13th Street NW, Suite 600
Washington, DC 20004
202-538-8298 Direct
202-538-8000 Main Office Number
202-538-8100 FAX
rebeccadelaney@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.