# Exhibit B

**From:** Bianca Fox
**To:** Robert Kuntz; Sylmarie Trujillo; Hugo A. Montero
**Cc:** Jason Sternberg; Alex Zuckerman; Kathleen Messinger; Rebecca Delaney
**Subject:** Ritz v. Abacus, No. 6:25-cv-2047-JSS-RMN - Document Production
**Date:** Thursday, August 27, 2026 5:45:07 PM

---

Counsel,

Abacus's ABRTZ002 containing ABRTZ_00004693 - ABRTZ_00010736 can be accessed here: https://ftpus.consilio.com/public/file/0ploa4ysneykjzejynuedq/ABRTZ002.zip

FTP Link and Zip passwords will be sent separately.

Best,
Bianca

**Bianca Fox**
*Associate*
**Quinn Emanuel Urquhart & Sullivan, LLP**

295 5th Avenue
New York, NY 10016
212-849-7640 Direct
212-849-7000 Main Office Number
212-849-7100 FAX
biancafox@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.