**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**

Case No. 6:25-cv-02047-JSS-RMN

RITZ INVESTMENT LIMITED,
SEASON LIMITED,

Plaintiffs,

v.

ABACUS GLOBAL
MANAGEMENT, INC.,

Defendant.

**PLAINTIFFS' UNOPPOSED MOTION TO RESET HEARING ON SHORT-FORM DISCOVERY MOTION**

Plaintiffs Ritz Investment Limited and Season Limited respectfully request that the Court reset the hearing on plaintiffs' Short-Form Discovery Motion (ECF No. 50), now set for September 9, 2026 (ECF No. 52). In support, they state that:

1. On September 1, 2026, the Court scheduled plaintiffs' Short-Form Discovery Motion for hearing on September 9, 2026 (ECF No. 52).

2. Robert J. Kuntz, Jr. (lead counsel for plaintiffs) has a pre-scheduled medical appointment that will run into the time the Court set.

3. Mr. Kuntz is available in the morning of September 10, then all day September 11, and all day any day of the following week.

4. Defendant's counsel, when conferring regarding this motion, advised they are available through the days following September 9.

5. Plaintiffs respectfully request that the hearing be reset to September 10 in the morning, or any time September 11, or any time any day in the week September 14, 2026, if the Court's calendar permits.

6. The requested relief ought not to cause any delay in the trial date, the calendar call, or any other deadline in the Court's Scheduling Order.

7. This motion is made in good faith and not for purposes of delay.

8. Pursuant to Local Rule 3.01(g), undersigned counsel conferred with counsel for Defendants by telephone on September 1, 2026, regarding the relief requested. Defendants do not oppose the relief sought.

Date: September 1, 2026

Respectfully submitted,

**RIVERO MESTRE LLP**
*Counsel for Ritz Investment Limited and Season Limited*
2525 Ponce de Leon Blvd., Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Facsimile: (305) 445-2505

By: */s/ Robert J. Kuntz Jr.*
ROBERT J. KUNTZ JR.
Fla. Bar No. 94668
rkuntz@riveromestre.com
SYLMARIE TRUJILLO
Fla. Bar No. 112768
strujillo@riveromestre.com
HUGO A. MONTERO
Fla. Bar No. 1039275
hmontero@riveromestre.com

**CERTIFICATE OF SERVICE**

I certify that on September 1, 2026, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record by transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Robert J. Kuntz Jr.*
ROBERT J. KUNTZ JR.