**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**

Case No. 6:25-cv-2047-JSS-RMN

RITZ INVESTMENT LIMITED,
SEASON LIMITED,

Plaintiffs,

v.

ABACUS GLOBAL MANAGEMENT, INC.,

Defendant.

# JOINT NOTICE OF CONFERRAL

Pursuant to this Court's September 1, 2026 order [ECF No. 53], Plaintiffs Ritz Investment Limited and Season Limited, and Defendant Abacus Global Management, Inc. (collectively, the "Parties"), conferred by videoconference on September 8, 2026. Section II of plaintiffs' Short-Form Discovery Motion [ECF No. 50] is withdrawn in light of defendant's Further Amended Responses and Objections to Plaintiffs' Interrogatories, served on August 28, 2026, attached here as **Exhibit A**. The Parties did not resolve the remaining issues raised in the motion. In anticipation of the upcoming hearing, the Parties also attach their Confidentiality Agreement, dated July 6, 2026, as **Exhibit B**.

Date: September 8, 2026

Respectfully submitted,

**RIVERO MESTRE LLP**
*Counsel for Ritz Investment Limited and Season Limited*
2525 Ponce de Leon Blvd., Suite 1000
Coral Gables, Florida 33134
Telephone: (305) 445-2500
Fax: (305) 445-2505
Email: rkuntz@riveromestre.com
Email: strujillo@riveromestre.com
Email: hmontero@riveromestre.com

By: */s/ Robert J. Kuntz Jr.*
ROBERT J. KUNTZ, JR.
Florida Bar No. 94668
SYLMARIE TRUJILLO
Florida Bar No. 112768
HUGO A. MONTERO
Florida Bar No. 1039275

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
*Counsel for Abacus Global Management, Inc.*
295 5th Avenue, 9th Floor
New York, NY 10016
(212) 849-7000
Email: azuckerman@quinnemanuel.com
Email: jasonsternberg@quinnemanuel.com
Email: kathleenmessinger@quinnemanuel.com

By: */s/ Alex Zuckerman*
ALEX ZUCKERMAN
New York Bar No. 5513031
JASON STERNBERG
Florida Bar No. 72887
KATHLEEN S. MESSINGER
California Bar No. 329983

## CERTIFICATE OF SERVICE

I certify that on September 8, 2026, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record by transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Robert J. Kuntz Jr.*
ROBERT J. KUNTZ JR.