**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**RITZ INVESTMENT LIMITED et al.,**

**Plaintiffs,**

**v.** **Case No. 6:25-cv-2047-JSS-CAB**

**ABACUS GLOBAL MANAGEMENT, INC.,**

**Defendant.**

Plaintiffs' Counsel: Robert Kuntz, Hugo Montero, Sylmarie Trujillo
Defendant's Counsel: Alex Zuckerman, Jason Sternberg

| | | | |
|---|---|---|---|
| JUDGE: | **CHAUNCEY A. BRATT**<br>United States Magistrate Judge | DATE AND TIME: | **September 11, 2026**<br>10:33 AM – 11:09 AM |
| COURTROOM: | 6D | TOTAL TIME: | 36 minutes |
| DEPUTY CLERK: | G. Farey | REPORTER: | Digital<br>https://www.flmd.uscourts.gov/webforms/digital-recording- transcript-request-form |

**CLERK'S MINUTES**
**ZOOM MOTION HEARING (DOC. 50)**

Case called; appearances taken; procedural setting by the Court.

The Court hears argument from the parties on the Motion to Compel (Doc. 50).

The Court grants the Motion to Compel for the reasons stated on the record. The parties are directed to confer and provide the Court with a proposed order within seven (7) days. The Court will enter an order thereafter.

Court is adjourned.