**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**

Case No. 6:25-cv-02047-JSS-RMN

RITZ INVESTMENT LIMITED,
SEASON LIMITED,

Plaintiffs,

v.

ABACUS GLOBAL
MANAGEMENT, INC.,

Defendant.

**JOINT MOTION FOR EXTENSION OF TIME**

In accordance with Fed. R. Civ. P. 6(b), Plaintiffs Ritz Investment Limited and Season Limited, and Defendant Abacus Global Management, Inc., jointly move for a brief extension of time, up to and including Monday, September 21, 2026, to file their joint draft order granting Plaintiffs' Short-Form Discovery Motion (ECF No. 50). In support of this motion, the parties state:

1. On September 11, 2026, the Court held a hearing on Plaintiffs' Short-Form Discovery Motion (ECF No. 50) and granted the motion for the reasons stated on the record. ECF No. 58. The Court directed the parties to confer and submit a proposed order within seven days. *Id*.

2. By Oral Order entered the same day, the Court directed the parties to file their joint draft order granting Plaintiffs' Short-Form Discovery Motion no later

than September 18, 2026, and to email a Word copy of the draft order to the Court's chambers. ECF No. 60.

3. The parties have worked diligently to comply with the Court's directive. Plaintiffs shared their draft order with Defendant on Wednesday, September 16, 2026.

4. Defendant is still awaiting a response from Carlisle's Luxembourg counsel regarding the form of the order. The parties therefore require a short additional period to confer and finalize a joint draft order for the Court's consideration.

5. Good cause exists to grant the requested extension. The current deadline has not yet expired, the requested extension is brief, and it is sought so that the parties may submit a single, agreed-upon joint draft order rather than competing submissions. The extension will not affect any other deadline in this case.

6. This motion is made in good faith and not for the purpose of delay. The Court has not previously granted any extension of this deadline.

7. Because this is a joint motion, all parties agree to the relief requested.

WHEREFORE, the parties respectfully request that the Court enter an order extending the deadline for the parties to file their joint draft order granting Plaintiffs' Short-Form Discovery Motion, and to email a Word copy to the Court's chambers, up to and including Monday, September 21, 2026.

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), the undersigned certify that counsel for Plaintiffs and counsel for Defendant have conferred regarding the relief requested in this motion. This motion is filed jointly, and all Parties agree to the relief requested.

Date: September 18, 2026

Respectfully submitted,

**RIVERO MESTRE LLP**
*Counsel for Ritz Investment Limited and Season Limited*
2525 Ponce de Leon Blvd., Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Facsimile: (305) 445-2505

By: */s/ Robert J. Kuntz Jr.*
ROBERT J. KUNTZ JR.
Fla. Bar No. 94668
rkuntz@riveromestre.com
SYLMARIE TRUJILLO
Fla. Bar No. 112768
strujillo@riveromestre.com
HUGO A. MONTERO
Fla. Bar No. 1039275
hmontero@riveromestre.com

By: */s/ Alex Zuckerman*
**Quinn Emanuel Urquhart & Sullivan, LLP**
Alex Zuckerman (*pro hac vice*)
alexzuckerman@quinnemanuel.com
295 5th Avenue, 9th Floor
New York, NY 10016
(212) 849-7000

Jason Sternberg (Fla. Bar. No. 72887)
jasonsternberg@quinnemanuel.com
2601 South Bayshore Drive, Suite 1550
Miami, FL 33133

(305) 402-4880

Kathleen S. Messinger (*pro hac vice*)
kathleenmessinger@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
(213) 443-3000

*Attorneys for Defendant Abacus Global Management, Inc.*

**CERTIFICATE OF SERVICE**

I certify that on September 18, 2026, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record by transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Robert J. Kuntz Jr.*
ROBERT J. KUNTZ JR.