**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**

Case No. 6:25-cv-2047-JSS-CAB

RITZ INVESTMENT LIMITED,
SEASON LIMITED,

Plaintiffs,

v.

ABACUS GLOBAL
MANAGEMENT, INC.,

Defendant.

**JOINT NOTICE OF FILING**

Pursuant to the Court's September 11, 2026 Order (ECF No. 60), the parties conferred regarding the form of an order memorializing the Court's ruling on Plaintiffs' Short-Form Motion to Compel. The parties were unable to agree on a single proposed order and therefore jointly file this Notice with their respective proposed orders for the Court's consideration. Plaintiffs' proposed order is attached as **Exhibit A**, and Defendant's proposed order is attached as **Exhibit B**.[1] The parties have separately emailed Word copies of their respective proposed orders to

[1] It is defendant's position that its proposed order reflects the narrow ruling set forth at the September 11, 2026 hearing. Defendant further adds that should this Court want to elaborate on its reasoning, including background, legal standard, and discussion, that is up to the Court's discretion. Defendant is of the view that the parties should not be writing substantive legal reasoning for this Court.

Chambers. Finally, a courtesy copy of the September 11, 2026, hearing transcript is attached as **Exhibit C**.

Date: September 21, 2026

Respectfully submitted,

**RIVERO MESTRE LLP**
*Counsel for Ritz Investment Limited and Season Limited*
2525 Ponce de Leon Blvd., Suite 1000
Coral Gables, Florida 33134
Telephone: (305) 445-2500
Fax: (305) 445-2505
Email: rkuntz@riveromestre.com
Email: strujillo@riveromestre.com
Email: hmontero@riveromestre.com

By: */s/ Robert J. Kuntz Jr.*
ROBERT J. KUNTZ, JR.
Florida Bar No. 94668
SYLMARIE TRUJILLO
Florida Bar No. 112768
HUGO A. MONTERO
Florida Bar No. 1039275

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
*Counsel for Abacus Global Management, Inc.*
295 5th Avenue, 9th Floor
New York, NY 10016
(212) 849-7000
Email: azuckerman@quinnemanuel.com
Email: jasonsternberg@quinnemanuel.com
Email: kathleenmessinger@quinnemanuel.com

By: */s/ Alex Zuckerman*
ALEX ZUCKERMAN
New York Bar No. 5513031
JASON STERNBERG
Florida Bar No. 72887
KATHLEEN S. MESSINGER
California Bar No. 329983

## CERTIFICATE OF SERVICE

I certify that on September 21, 2026, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record by transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Robert J. Kuntz Jr.*
ROBERT J. KUNTZ JR.