**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**

Case No. 6:25-cv-02047-JSS-RMN

RITZ INVESTMENT LIMITED,
SEASON LIMITED,

Plaintiffs,

v.

ABACUS GLOBAL
MANAGEMENT, INC.,

Defendant.

**JOINT MOTION TO CHANGE MEDIATOR**

Plaintiffs Ritz Investment Limited and Season Limited, and Defendant Abacus Global Management, Inc. (the "Parties") respectfully move to modify the mediator established in the Notice of Mediation (D.E. 33):

1. The parties request that the mediator be changed from Marlene Quintana to Sarah Clasby Engel.

2. On February 2, 2026, this Court set the mediation deadline for December 14, 2026. D.E. 29.

3. On March 4, 2026, the Parties agreed to Marlene Quintana and filed the Notice of Mediation. D.E. 33.

4. The Parties thereafter were informed that Marlene Quintana was no longer available before the mediation deadline.

5. The Parties have agreed to Sarah Clasby Engel to mediate the case. No conflicts have been raised by mediator Sarah Clasby Engel.

**WHEREFORE**, the Parties respectfully request that this Court enter an Order modifying the mediation with mediator Sarah Clasby Engel.

Date: November 11, 2026

Respectfully submitted,

By: */s/ Alex Zuckerman*

**Quinn Emanuel Urquhart & Sullivan, LLP**
Alex Zuckerman (*pro hac vice*)
alexzuckerman@quinnemanuel.com
295 5th Avenue, 9th Floor
New York, NY 10016
(212) 849-7000

Jason Sternberg (Fla. Bar. No. 72887)
jasonsternberg@quinnemanuel.com
2601 South Bayshore Drive, Suite 1550
Miami, FL 33133
(305) 402-4880

Kathleen S. Messinger (*pro hac vice*)
kathleenmessinger@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
(213) 443-3000

*Attorneys for Defendant Abacus Global Management, Inc.*

**RIVERO MESTRE LLP**
*Counsel for Ritz Investment Limited and Season Limited*
2525 Ponce de Leon Blvd., Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Facsimile: (305) 445-2505

By: */s/ Robert J. Kuntz, Jr.*

ROBERT J. KUNTZ JR.
Fla. Bar No. 94668
rkuntz@riveromestre.com
SYLMARIE TRUJILLO
Fla. Bar No. 112768
strujillo@riveromestre.com

HUGO A. MONTERO
Fla. Bar No. 1039275
hmontero@riveromestre.com

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), the undersigned certify that counsel for Plaintiffs and counsel for Defendant have conferred regarding the relief requested in this motion. This motion is filed jointly, and all Parties agree to the relief requested.

By: */s/ Alex Zuckerman*
ALEX ZUCKERMAN

**CERTIFICATE OF SERVICE**

I certify that on November 11, 2026, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record by transmission of Notices of Electronic Filing generated by CM/ECF.

By: *_/s/ Alex Zuckerman_*
ALEX ZUCKERMAN