# EXHIBIT B

**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

RITZ INVESTMENT LIMITED,
SEASON LIMITED,

Plaintiffs,

v.

ABACUS GLOBAL
MANAGEMENT, INC.,

Defendant.

Case No. 6:25-cv-02047-JSS-CAB

**<u>DEFENDANT'S NOTICE OF DEPOSITION OF DANIEL RUDICH</u>**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure and Local Rule 3.04, Defendant Abacus Global Management, Inc. will take the deposition upon oral examination of Daniel Rudich at the law offices of Quinn Emanuel Urquhart & Sullivan, LLP, 2601 South Bayshore Drive, Suite 1550, Miami, Florida 33133, commencing at 4:00 p.m. on December 1, 2026, or at another place and time that is agreed upon by the parties.

The deposition is being taken for the purpose of discovery, for use at trial, and for all other purposes under the applicable Federal Rules of Civil Procedure and Local Rules. The deposition will be taken before a Notary Public or some other officer authorized by law to administer oaths at depositions and for use at the trial herein. The deposition shall be recorded by stenographic, audio, and video means, and may

be transcribed using real time interactive transcription.

Mr. Rudich is a director of, and a managing agent for, Plaintiffs Ritz Investment Limited and Season Limited, and he is noticed in that capacity under Fed. R. Civ. P. 30(b)(1). This Notice is separate from, and does not limit or substitute for, the Rule 30(b)(6) notices to Ritz Investment Limited and Season Limited served concurrently. Mr. Rudich's testimony as an individual witness is not testimony of a designee under those notices.

The requests for production served concurrently on Ritz Investment Limited and Season Limited under Fed. R. Civ. P. 30(b)(2) and 34 extend to Documents in Mr. Rudich's possession, custody, or control in his capacity as a director of either Plaintiff, including files held by Hassans International Law Firm. Defendant requests that those Documents be produced in advance of this deposition.

DATED: October 30, 2026

Respectfully submitted,

*/s/ Alex Zuckerman*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Alex Zuckerman (*pro hac vice*)
alexzuckerman@quinnemanuel.com
295 5th Avenue, 9th Floor
New York, NY 10016
(212) 849-7000

Jason D. Sternberg (Fla. Bar No. 72887)
jasonsternberg@quinnemanuel.com
2601 South Bayshore Drive, 15th Floor
Miami, FL 33133
(305) 402-4880

Kathleen S. Messinger (*pro hac vice*)
kathleenmessinger@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000

*Attorneys for Defendant Abacus Global Management, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2026, a true and correct copy of Defendant's Notice of Deposition of Daniel Rudich was served via email on counsel of record for Plaintiffs Ritz Investment Limited and Season Limited.

*/s/ Alex Zuckerman*
Alex Zuckerman